# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   LORRAINE C. VALENZUELA-TAYLOR                        Case Number: 06-71591
         60B WEST TERRA COTTA AVE., #153      SSN-xxx-xx-6203
         CRYSTAL LAKE, IL  60014

                                                              Case filed on:    8/31/2006
                                                              Plan Confirmed on:  4/20/2007

                                 D Dismissed

Total funds received and disbursed pursuant to the plan: $47,500.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
| 010 | BLATT, HASENMILLER, LEIBSKER ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FRANCHISE TAX BOARD | 1,212.80 | 1,212.80 | 1,212.80 | 0.00 |
|  | Total Priority | 1,212.80 | 1,212.80 | 1,212.80 | 0.00 |
| 999 | LORRAINE C. VALENZUELA-TAYLOR | 0.00 | 0.00 | 1,000.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,000.00 | 0.00 |
| 001 | NUVISION FINANCIAL | 7,378.00 | 7,370.66 | 7,370.66 | 111.98 |
|  | Total Secured | 7,378.00 | 7,370.66 | 7,370.66 | 111.98 |
| 002 | CAPITAL ONE BANK (USA) NA | 1,940.02 | 1,940.02 | 935.27 | 0.00 |
| 003 | B-REAL LLC | 8,288.32 | 8,288.32 | 3,995.75 | 0.00 |
| 004 | CHASE CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | LVNV FUNDING LLC | 10,504.99 | 10,504.99 | 5,064.39 | 0.00 |
| 006 | CREDIT UNION OF SOUTHERN CA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DISCOVER FINANCIAL SERVICES | 5,727.69 | 5,727.69 | 2,761.28 | 0.00 |
| 008 | WORLD FINANCIAL NETWORK NATIONAL BANK | 499.47 | 499.47 | 240.80 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 14,577.45 | 14,577.45 | 7,027.69 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 7,781.09 | 7,781.09 | 3,751.21 | 0.00 |
| 012 | B-REAL LLC | 10,235.41 | 10,235.41 | 4,934.42 | 0.00 |
| 013 | US DEPARTMENT OF EDUCATION | 6,692.79 | 6,692.79 | 3,226.55 | 0.00 |
| 014 | WELLS FARGO FINANCIAL | 261.90 | 261.90 | 126.25 | 0.00 |
| 015 | CAPITAL ONE BANK (USA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 66,509.13 | 66,509.13 | 32,063.61 | 0.00 |
|  | Grand Total: | 78,373.93 | 78,366.59 | 44,147.07 | 111.98 |

Total Paid Claimant:    $44,259.05
Trustee Allowance:      $3,240.95            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    48.21             discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                             Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan